FILED

AUG - 6 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| SALIX PHARMACEUTICALS, INC. and DR. FALK PHARMA GmbH, </br></br>Plaintiffs,</br></br>v.</br></br>MYLAN PHARMACEUTICALS INC. and MYLAN, INC.,</br></br>Defendants. | C.A. No. 1:15-CV-109-IMK</br>(Judge Keeley) |

## CONSENT JUDGMENT

Pursuant to the Order Implementing Joint Stipulation dated July 10, 2017 (Dkt. No. 249), and the decision by the United States Court of Appeals for the Federal Circuit affirming the determination of the Patent Trial and Appeal Board of the United States Patent and Trademark Office regarding the invalidity of Claim 1 of the U.S. Patent No. 8,865,688 in this matter, Plaintiffs Salix Pharmaceuticals, Inc. and Dr. Falk Pharma GmbH (collectively, "Plaintiffs") and Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Defendants") consent to entry of judgment in this action as follows:

1.  Claim 1 of U.S. Patent No. 8,865,688 that has been asserted in this Civil Action No. 1:15CV109 is ADJUDGED invalid.

IT IS SO ORDERED this 6th day of August 2019.

IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

Submitted and approved as to form and for entry by:

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| ***/s/ James F. Companion*** | ***/s/ William J. O'Brien*** |

James F. Companion (#790)  
**SCHRADER BYRD & COMPANION, PLLC**  
The Maxwell Centre  
32-20th Street, Suite 500  
Wheeling, WV 26003  
Telephone: (304) 233-3390  
Facsimile: (304) 233-2769  
jfc@schraderlaw.com

OF COUNSEL:

Mary W. Bourke  
Kristen Healey Cramer  
Dana K. Severance  
Daniel M. Attaway  
**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**  
222 Delaware Avenue, Suite 1501  
Wilmington, DE 19801  
MBourke@wcsr.com  
KCramer@wcsr.com  
DSeverance@wcsr.com  
DAttaway@wcsr.com

John W. Cox  
**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**  
Atlantic Station  
271 17th Street, NW  
Suite 2400  
Atlanta, GA 30363-1017  
JWCox@wcsr.com

Gordon H. Copland (#828)  
William J. O'Brien (#10549)  
**STEPTOE & JOHNSON PLLC**  
400 White Oaks Boulevard  
Bridgeport, WV 26330  
Telephone: (304) 933-8000  
Facsimile: (304) 933-8183  
gordon.copland@steptoe-johnson.com  
william.obrien@steptoe-johnson.com

OF COUNSEL:

Robert L. Florence  
Micheal L. Binns  
Karen L. Carroll  
**PARKER POE ADAMS & BERNSTEIN LLP**  
1180 Peachtree Street, N.E., Suite 1800  
Atlanta, GA 30309  
robertflorence@parkerpoe.com  
michealbinns@parkerpoe.com  
karencarroll@parkerpoe.com

Melanie Black Dubis  
**PARKER POE ADAMS & BERNSTEIN LLP**  
301 Fayetteville Street, Suite 1400  
Raleigh, NC 27601  
melaniedubis@parkerpoe.com